**Opinion issued May 17, 2022.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00125-CV

————————————

**STEVE NICANDROS, LUIS GIUSTI, TYLER NELSON, AND FRONTERA RESOURCES CORPORATION, Appellants**

**V.**

**ZAZA MAMULAISHVILA, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF FRONTERA RESOURCES CORPORATION, Appellee**

---

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2021-03816

---

## MEMORANDUM OPINION

Appellants Steve Nicandros, Luis Giusti, Tyler Nelson, and Frontera

Resources Corporation filed a voluntary motion to dismiss their accelerated appeal

of the trial court's order denying their motion to compel arbitration.[1]  In their motion, Appellants state that on March 4, 2022, the trial court issued a final judgment in the underlying case rendering their interlocutory appeal moot.  *See Hernandez v. Ebrom*, 289 S.W.3d 316, 319 (Tex. 2009) ("Appeals of some interlocutory orders become moot because the orders have been rendered moot by subsequent orders.").  No opinion has issued in this interlocutory appeal.  *See* TEX. R. APP. P. 42.1(c).

We grant Appellants' motion and dismiss this interlocutory appeal, with costs taxed against the party incurring same.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

---

[1]  *See* TEX. CIV. PRAC. & REM. CODE § 51.016.